FILED
2007 May-08 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual,
   Plaintiff(s),
v.
United States Air Force et al.
   Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): Secretary of Defense - Donald Rumsfeld and/or Robert M Gates,

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Basarge, Jr, Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

Doe v. United States Air Force et al                    Doc. 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual

Plaintiff(s),

v.

United States Air Force, et al,

Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): The United States Air Force, dba USAF XOI-RE, dba - Air Intelligence Agency, A.I.A.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge, Jr., Esquire
2015 First Avenue North, Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By *Shirley Brown*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual,
                Plaintiff(s),
        v.
United States Air Force, et al,
                Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S) General Peter Pace, Chairman of the Joint Chiefs of Staff

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge, Jr, Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: Shirley Brown
    Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual,

Plaintiff(s),

v.

United States Air Force,

Defendant(s). et al

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): Secretary of the Air Force, Michael W. Wynne

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge, Jr., Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**. A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: Shirley Brown
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual,
    Plaintiff(s),
v.
United States Air Force, et al;
    Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): Lt. General Detela, Commander of USAF/XOI, Executive Office of Intelligence.

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge, Jr., Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual

Plaintiff(s),

v.

United States Air Force, et al;

Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): General T. Michael Mosley, Air Force Chief of Staff

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge Jr, Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: *Shirley Brown*

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual,

    Plaintiff(s),

v.

United States Air Force, et al.;

    Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): Cheryl A. Kerwin – Chief of Personnel for the USAF Intelligence, A.I.A., USAF-XOI-RE

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Basarge, Jr., Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 360 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: Shirley Brown
    Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual,

Plaintiff(s),

v.

United States Air Force, et al.;

Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): General James L. Jones, Commander of US European Command

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge, Jr., Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: Shirley Brown
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SUMMONS

John Doe, an individual

   Plaintiff(s),

v.

United States Air Force, et al;

   Defendant(s).

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws)

Case Number: CV-07-P-0842-S

TO THE ABOVE NAMED DEFENDANT(S): Major General F. Przybyslawski, Commander of Air Reserve Personnel Center

You are hereby summoned and required to serve upon plaintiff's attorney(s):

James R. Bosarge, Jr., Esquire
2015 First Avenue N., Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 60 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: MAY 7 2007

SHARON HARRIS, CLERK

By: Shirley Brown
   Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant

Clerk, United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203