**FILED**
2007 May-15 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAJOR GENERAL F. PRZYBYSLAWSKI
COMMANDER OF ARPC,
Air Force Personnel Center
Randolph AFB TX. 78150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Karen Brown_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Karen Brown
C. Date of Delivery: 10 May 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 5054 5383

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540