IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN DOE, an individual,<br>Plaintiff,<br><br>v.<br><br>The UNITED STATES AIR FORCE, a government agency d/b/a USAF XOI-RE, or d/b/a The AIR INTELLIGENCE AGENCY, a/k/a A.I.A.;<br><br>SECRETARY OF DEFENSE, DONALD RUMSFELD, in his official capacity, and/or his successor, ROBERT M. GATES in his official capacity<br><br>SECRETARY OF THE AIR FORCE, MICHAEL W. WYNNE, in his official capacity<br><br>CHAIRMAN OF THE JOINT CHIEFS OF STAFF, GENERAL PETER PACE, in his official capacity,<br><br>AIR FORCE CHIEF OF STAFF, GENERAL T. MICHAEL MOSLEY, in his official capacity,<br><br>COMMANDER OF U.S. AIR FORCE/XOI, EXECUTIVE OFFICE OF INTELLIGENCE, LT. GENERAL DETULA, in his official capacity,<br><br>COMMANDER OF AIR RESERVE PERSONNEL CENTER, MAJOR GENERAL F. PRZYBYSLAWSKI, in his official capacity,<br><br>COMMANDER OF U.S. EUROPEAN COMMAND, GENERAL JAMES L. JONES, in his official capacity, | CASE NO. CV-07-P-0842-S |

Doe v. United States Air Force et al                                                                Doc. 5

| | |
|---|---|
| CHIEF OF PERSONNEL FOR THE | ) |
| US AIR FORCE INTELLIGENCE, d/b/a | ) |
| AIR INTELLIGENCE AGENCY, a/k/a | ) |
| USAF/XOI-RE | ) |
| CHERYL A. KERWIN, in her official | ) |
| capacity, and/or her successor, | ) |
| | ) |
| DEFENDANTS. | ) |

## AFFIDAVIT OF MELINDA J. PORTER

I, Melinda J. Porter, Paralegal for James R. Bosarge, Jr., Esquire do hereby aver and state that the following is a true and correct statement.

On Thursday, May 24, 2007 I researched with the United States Postal Service as to why we had not received the "green return receipt cards" back from the postal service. I had earlier checked on-line and confirmed that the Defendants had been served earlier in the month of May, 2007.

I was informed by the United States Postal Service that the pleading packages had been delivered but that the green cards had been lost or destroyed in the process of return to our office. The United States Postal Service informed me that this was not an unusual situation for certified mail.

On Friday, May 25, 2007 I personally went to the United State Post Office, Main Branch in Birmingham, Alabama to seek proof of delivery, i.e. proof of service. The service clerk said she could give me a copy of the delivery signature which would include our article number, the date and time served. I purchased this Confirmation of Delivery, i.e. proof of service at that time.

Attached are the original Proofs of Service as provided by the United States Postal Service on May 25, 2007.

I certify that the following Defendants were served by the United States Postal Service as follows:

**The UNITED STATES AIR FORCE d/b/a USAF XOI-RE d/b/a The AIR INTELLIGENCE AGENCY a/k/a A.I.A.**

Article Number: 7003 2260 0001 5054 5413; delivered on 5-14-07 at 6:36 a.m.

**DONALD RUMSFELD and/or ROBERT M. GATES, SECRETARY OF DEFENSE**

Article Number: 7003 2260 0001 5054 5451; delivered on 5-14-07 at 6:36 a.m.

**MICHAEL W. WYNNE, SECRETARY OF THE AIR FORCE**

Article Number: 7003 2260 0001 5054 5406; delivered on 5-14-07 at 6:36 a.m.

**GENERAL PETER PACE, CHAIRMAN OF THE JOINT CHIEF OF STAFF**

Article Number: 7003 2260 0001 5054 5437; delivered on 5-14-07 at 6:36 a.m.

**GENERAL T. MICHAEL MOSLEY, AIR FORCE CHIEF OF STAFF**

Article Number: 7003 2260 0001 5054 5390; delivered on 5-14-07 at 6:36 a.m.

**MAJOR GENERAL F. PRZYBYSLAWSKI, COMMANDER OF ARPC**

Article Number: 7003 2260 0001 5054 5383; delivered on 5-10-07 at 7:44 a.m.

_Melinda J. Porter_

**STATE OF ALABAMA**
**JEFFERSON COUNTY**

Sworn and subscribed before me on this the 25th day of May, 2007

_Raina Gilliam_
Notary Public

RAINA GILLIAM
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: JULY 28, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My Commission expires: _____

Respectfully submitted,

_James R. Bosarge, Jr._
James R. Bosarge, Jr., Esquire
2015 First Avenue North
Birmingham, Alabama 35203
(205) 458-1103

Direct Query - Intranet   Page 1 of 1



**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7003 2260 0001 5054 5413**

**This item was delivered on 05/14/2007 at 06:36**

| Signature: | (signed) Eugene Julien |
| --- | --- |
| Address: | Rent 20301 |

Defendant
USAF / USAF
XOI-RE



Enter Request Type and Item Number:

Quick Search ●     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page



FILED
2007 MAY 30 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**CV-07-P-0842-S**



# Track/Confirm - Intranet Item Inquiry
## Item Number: 7003 2260 0001 5054 5451

### This item was delivered on 05/14/2007 at 06:36



Defendant
Donald Rumsfield

Enter Request Type and Item Number:

**Quick Search** ⦿     **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.





0000

CV-07-P-0842-S



# Track/Confirm - Intranet Item Inquiry
## Item Number: 7003 2260 0001 5054 5406

**This item was delivered on 05/14/2007 at 06:36**



Defendant Michael W. Lynne

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



CV-07-P-0842-S



# Track/Confirm - Intranet Item Inquiry
## Item Number: 7003 2260 0001 5054 5437

### This item was delivered on 05/14/2007 at 06:36



Defendant Gen. Peter Pace

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



CV-07-P-0842-S



# Track/Confirm - Intranet Item Inquiry
## Item Number: 7003 2260 0001 5054 5390

**This item was delivered on 05/14/2007 at 06:36**



Signature: Eugene Julien

Address: Pent 20301

Defendant Gen. T. Michael Mosley

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.



CV-07-P-0842-S



# Track/Confirm - Intranet Item Inquiry
# Item Number: 7003 2260 0001 5054 5383

**This item was delivered on 05/10/2007 at 07:44**

| | Delivery Section |
|---|---|
| Signature: | *Jerry Dennis* (JERRY DENNIS) |
| Address: | 550 C. St. W |

Enter Request Type and Item Number:

Quick Search ◉       Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Defendant
Przybyslawski



U.S. POSTAGE PAID
BIRMINGHAM, AL
35203
MAY 25, 07
AMOUNT
$3.80
00022168-06

UNITED STATES
POSTAL SERVICE
0000

**CV-07-P-0842-S**