FILED
2007 Jul-06  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

07 JUL -6 PM 1:28

U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN DOE, an individual,<br>    Plaintiff,<br><br>v.<br><br>The UNITED STATES AIR FORCE, a government agency d/b/a USAF XOI-RE, or d/b/a The AIR INTELLIGENCE AGENCY, a/k/a A.I.A.;<br><br>SECRETARY OF DEFENSE, DONALD RUMSFELD, in his official capacity, and/or his successor, ROBERT M. GATES in his official capacity<br><br>SECRETARY OF THE AIR FORCE, MICHAEL W. WYNNE, in his official capacity<br><br>CHAIRMAN OF THE JOINT CHIEFS OF STAFF, GENERAL PETER PACE, in his official capacity,<br><br>AIR FORCE CHIEF OF STAFF, GENERAL T. MICHAEL MOSLEY, in his official capacity,<br><br>COMMANDER OF U.S. AIR FORCE/XOI, EXECUTIVE OFFICE OF INTELLIGENCE, LT. GENERAL DETULA, in his official capacity,<br><br>COMMANDER OF AIR RESERVE PERSONNEL CENTER, MAJOR GENERAL F. PRZYBYSLAWSKI, in his official capacity,<br><br>COMMANDER OF U.S. EUROPEAN COMMAND, GENERAL JAMES L. JONES, in his official capacity, | CASE NO. CV-07-P-0842-S |

Doe v. United States Air Force et al                                                                                                            Doc. 6

CHIEF OF PERSONNEL FOR THE          )
US AIR FORCE INTELLIGENCE, d/b/a    )
AIR INTELLIGENCE AGENCY, a/k/a      )
USAF/XOI-RE                         )
CHERYL A. KERWIN, in her official   )
capacity, and/or her successor,     )
                                    )
        DEFENDANTS.                 )

## CERTIFICATION OF SERVICE

Comes now James R. Bosarge, Jr. attorney of record for the Plaintiff, John Doe

and hereby certifies that I have served a copy of the Summons and Complaint in the

above styled cause,  upon the Attorney General of the United States of America, 950

Pennsylvania Avenue NW, Washington, D.C.  20530 by placing same in the United

States Mail, postage prepaid for certified mailing, on this the 5th day of July, 2007.


Respectfully submitted,


James R. Bosarge, Jr., Esquire
2015 First Avenue North
Birmingham, Alabama  35203
(205) 458-1103