# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN DOE,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | **Case No.: 2:07-cv-00842-RDP** |
| } | |
| **THE UNITED STATES AIR FORCE,** } | |
| **et al.,** } | |
| } | |
| **Defendants.** } | |

## SHOW CAUSE ORDER

Pending before the court is May 7, 2007 Plaintiff's Complaint, filed anonymously by "John Doe" who is identified only as a "former Intelligence Analyst." (Doc. # 1, at 2). Plaintiff's complaint requests that this court "protect" him and allow him to proceed anonymously for a period of at least sixty (60) days following the filing of his complaint. (Doc. # 1, at 2). As of the date of entry of this order, that 60-day period has expired.

Federal Rule of Civil Procedure 10(a) requires a complaint to "include the names of all the parties." Fed. R. Civ. P. 10(a). As the Eleventh Circuit has explained, "[g]enerally, parties to a lawsuit must identify themselves in their respective pleadings . . . . [because] the requirement of disclosure 'protects the public's legitimate interest in knowing all of the facts involved.'" *Roe v. Aware Woman Center for Choice, Inc.*, 253 F.3d 678, 684-85 (11th Cir. 2001) (quoting *Doe v. Frank*, 951 F.2d 320, 322 (11th Cir. 1992)). Nonetheless, courts have carved out a limited number of exceptions to the general requirement of disclosure, which permit plaintiffs to proceed anonymously. "The ultimate test for permitting a plaintiff to proceed anonymously is whether the plaintiff has a substantial privacy right which outweighs the customary and constitutionally-

embedded presumption of openness in judicial proceedings." *Frank*, 951 F.2d at 323 (internal quotation and citation omitted).  The Eleventh Circuit has noted, however, that "no published opinion that we are aware of has ever permitted a plaintiff to proceed anonymously merely because the complaint challenged government activity." *Aware Woman Center for Choice, Inc.*, 253 F.3d at 686.

Accordingly, **on or before July 25, 2007**, Plaintiff is **ORDERED** to **SHOW GOOD CAUSE** why he has a substantial privacy right which outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings such that this court should permit him to remain anonymous.

**DONE** and **ORDERED** this ___18th___ day of July, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE