FILED
2007 Jul-18 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of A.G. of USA.
   950 Pennsylvania Ave NW
   Washington, DC
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0001 5054 5475

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424



# Track/Confirm - Intranet Item Inquiry
## Item Number: 7003 2260 0001 5054 5505

**This item was delivered on 06/05/2007 at 06:57**



| Signature: | *Eugene Julien* |
| Address: | *Pent Misc. 2030* |

**Enter Request Type and Item Number:**

Quick Search ●    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

FILED
2007 JUL 18 AM 11:13

http://pts.usps.gov/pts/imageView.do                                7/6/2007