FILED
2007 Aug-10 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of SOUTHERN DIVISION

JOHN DOE, an individual

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES AIR FORCE, et al

CASE NUMBER: CV-07-0842-S

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY GENERAL FOR
THE NORTHERN DISTRICT OF ALABAMA
1800 FOURTH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES R. BOSARGE, JR., ESQUIRE
THE BOSARGE LAW FIRM P.C.
2015 FIRST AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

Doe v. United States Air Force et al    Doc. 11

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHARON N. HARRIS, CLERK OF COURT

DATE 8/10/07

CLERK
*/s/ F. Calahan*
(By) DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203