FILED
2007 Aug-14 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Northern District
   of Alabama
   1800 Fourth Ave N
   Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. Whitmore
☐ Agent
☐ Addressee

B. Received by (Printed Name): K. Whitmore
C. Date of Delivery: 8/13/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 5059 6477

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Doe v. United States Air Force et al                                                                        Doc. 12