Case 2:07-cv-00842-RDP   Document 13   Filed 10/04/2007   Page 1 of 1          FILED
                                                                         2007 Oct-04 PM 03:44
                                                                         U.S. DISTRICT COURT
Doe v. United States Air Force et al                                      N.D. OF ALABAMA              Doc. 1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JOHN DOE, an individual,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV-07-P-0842-S |
| | ) |
| **The UNITED STATES AIR FORCE, a** | ) |
| **government agency d/b/a USAF XOI-RE, or** | ) |
| **d/b/a The AIR INTELLIGENCE AGENCY,** | ) |
| **a/k/a A.I.A.; et al;** | ) |
| | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO CLAIMS AGAINST CHERYL A. KERWIN, DEFENDANT

Pursuant to Rule 41(a) (1)FRCP, Cheryl A. Kerwin, shall be dismissed without prejudice as a named defendant in the matter. Upon information and belief, Cheryl A. Kerwin is now retired from the U S Air Force Intelligence. This notice shall have no effect on the claims remaining against the other party defendants in this case.

Respectfully submitted,

_____
James R. Bosarge, Jr., Esquire
The Bosarge Law Firm
2015 First Avenue North
Birmingham, Alabama 35203
(205) 458-1103