Case 2:07-cv-00842-RDP   Document 13-2   Filed 10/04/2007   Page 1 of 1

FILED
2007 Oct-04 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Doe v. United States Air Force et al                                                                                       Doc. 13 Att.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JOHN DOE, an individual,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO. CV-07-P-0842-S** |
| ) | |
| **The UNITED STATES AIR FORCE, a** ) | |
| **government agency d/b/a USAF XOI-RE, or** ) | |
| **d/b/a The AIR INTELLIGENCE AGENCY,** ) | |
| **a/k/a A.I.A.; et al;** ) | |
| ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
### AS TO CLAIMS AGAINST CHERYL A. KERWIN, DEFENDANT

Pursuant to Rule 41(a) (1)FRCP, Cheryl A. Kerwin, shall be dismissed without prejudice as a named defendant in the matter. Upon information and belief, Cheryl A. Kerwin is now retired from the U S Air Force Intelligence. This notice shall have no effect on the claims remaining against the other party defendants in this case.

Respectfully submitted,

_____
James R. Bosarge, Jr., Esquire
The Bosarge Law Firm
2015 First Avenue North
Birmingham, Alabama 35203
(205) 458-1103