Doe v. United States Air Force et al

Doc. 20 Att.

JOHN DOE

V.

UNITED STATES AIR FORCE, et al

CV-07-P-0842-S

FOR THE PLAINTIFF

JAMES R. BOSARGE, JR.
PLAINTIFF'S LEGAL COUNSEL
_____s/James R. Bosarge, Jr.\_\_\_\_

## TABLE OF CONTENTS

| | |
|---|---|
| Page One | OPENING STATEMENT |
| Page One | I.  STATEMENT OF CASE |
| Page Three | DEFENDANT'S MOTION TO DISMISS |
| Page Four | II.  IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS |
| Page Thirteen | III.  BACKGROUND OF PLAINTIFF AND HIS CASE |
| Page Fifteen | IV.  MATERIAL BREACH OF CONTRACT OCCURS |
| Page Sixteen | V.  ADDITIONAL EFFORTS BY PLAINTIFF TO RESOLVE ISSUES |
| Page Nineteen | VI.  STANDARD FOR MOTION TO DISMISS |
| Page Twenty | VII.  PLAINTIFF HAS NOT FAILED TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| Page Twenty One | VIII.  EVIDENCE |
| Page Twenty One | CLOSING STATEMENT |